**Order entered February 13, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00091-CV

### BYRON CURTIS COOK, Appellant

### V.

### RONALD SIMMONS, Appellee

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-02850-2018**

## ORDER

Before the Court is appellant's February 12, 2019 unopposed motion for extension of time to file brief. We **GRANT** the extension and **ORDER** the brief be filed no later than March 6, 2019.

/s/    ERIN A. NOWELL
       JUSTICE